## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

ROBERT MCKINNON, III,

       Plaintiff,

v.                                        CASE NO. 1:16-cv-00232-MP-GRJ

GEORGE WRIGHT, et al.,

       Defendants.

_____/

## O R D E R

       This cause comes on for consideration upon Doc. 29, which was entered on October 12, 2016.  That document contains two parts.  First, it contains an order of the Magistrate Judge striking two motions by plaintiff.  Second, it contains the Magistrate Judge's Report and Recommendation that the case be dismissed because plaintiff failed to truthfully disclose previous lawsuits dealing with the same or similar facts.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at Doc. 30.  Before the Court can consider the Report and Recommendation and the objections, however, it must conduct some housekeeping.

       On November 18, 2016, plaintiff mailed the Court Doc. 31 which is a pre-printed form entitled "Notice of Appeal."  On the form, plaintiff put the case information from the instant case, including the case number above. Plaintiff then checked the box that would indicate that he intended to appeal to the Eleventh Circuit a final judgment "dissmissing [sic] his First Amended Civil Rights Complaint."  He also indicated that the judgment was entered on November 2, 2016.

Later, the plaintiff filed Doc. 32, which is a pre-printed form entitled "Eleventh Circuit Transcript Information Form."  On it, he again puts the case information of the instant case and refers to the "Notice of Appeal" he filed on November 18, 2016.

Plaintiff's notice of appeal is premature because no order or judgment has been entered based on the Magistrate Judge's recommendation.  Additionally, the notice of appeal refers to a judgment entered on November 2, 2016, when the Report and Recommendation was entered on October 12, 2016.  Finally, if the plaintiff intended to appeal the order part of Doc. 29, the appeal should be taken to the district judge, not the Eleventh Circuit.

Although the general rule is that a properly filed notice of appeal divests the district court of jurisdiction, the Eleventh Circuit has held that an obviously invalid notice of appeal does not:

> We are persuaded that filing a notice of appeal from a nonappealable order should not divest the district court of jurisdiction and that the reasoning of the cases that so hold is sound. The contrary rule leaves the court powerless to prevent intentional dilatory tactics, forecloses without remedy the nonappealing party's right to continuing trial court jurisdiction, and inhibits the smooth and efficient functioning of the judicial process.

United States v. Mock, 604 F.2d 336, 340 (5th Cir. 1979)(quoting United States v. Hitchmon, 602 F.2d 689, 694 (5th Cir. 1979).  Following the reasoning of Mock and Hitchmon, the Court concludes that the smooth and efficient functioning of the judicial process is best served by retaining jurisdiction and striking the Notice of Appeal at Doc. 31 and the Transcript Request at Doc. 32.  The Court will now consider the Report and Recommendation and make a de novo review based on plaintiff's objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.  The plaintiff had filed several similar actions prior to filing the instant case and failed to disclose them as required by

the Civil Rights Action form.  His objections only discuss some confusion which occurred in one of his cases, but do not explain why he failed to disclose his other cases.  Accordingly, it is hereby

### ORDERED AND ADJUDGED:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This case is dismissed for abuse of the judicial process. The Clerk is directed to close the file and send a copy of this order to the Eleventh Circuit.

**DONE AND ORDERED** this *30th*  day of November, 2016

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge